# Federal Defenders
## OF NEW YORK, INC.



Southern District
52 Duane Street, 10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Leonard F. Joy
*Executive Director and
Attorney-in-Chief*

*Southern District of New York*
John J. Byrnes
*Attorney-in-Charge*

November 28, 2007

**BY HAND**

**MEMO ENDORSED**

Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States v. Laws
      07 Cr. 00576 (RMB)

Hon. Judge Berman:

I write to request an adjournment of the status conference on Mr. Laws' case. I have recently inherited the case from prior counsel and need two weeks to be conversant with the file and the case. I have spoken to AUSA Feldman and he has no objection to the request.

To the extent the Court grants my request for an adjournment, the time between tomorrow and the next court date be excluded from speedy trial computation.

Respectfully submitted,

Sabrina P. Shroff
Federal Defenders Of New York

*Adjourned to 12/19/07 @ 2:30. Time Excluded under Speedy Trial Act while counsel prepares case.*

SO ORDERED:
Date: 11/28/07
Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/28/2007