# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

**MEMO ENDORSED**

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
Attorney-in-Charge

March 3, 2008

BY HAND

Richard M. Berman
Judge, United States District Court
 For the Southern District Of New York
500 Pearl Street
New York, New York

      Re:   United States v. Robert Law
             Crim. Dkt. 07 Cr. 576 (RMB)

The Hon. Berman:

    I am writing to request for an adjournment of the March 6, 2008, status conference on the above matter. I make this request as the parties are trying to work out a disposition on this case. AUSA Feldman and I are deep in plea discussions and because the issues are numerous and complicated we need additional time to work out a disposition. I ask the Court to grant us a three week extension of time. AUSA Feldman consents to this request.

    To that end, we request that the time between March 6, 2008 and the next date set by the Court, be excluded under the Speedy Trial Act, pursuant to Title 18, United States Code, section 3161(h)(8)(A). Excluding time will best serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial, because it will allow the government and defense counsel to continue discussions regarding a possible disposition in the matter. Thank you.

                              Respectfully submitted,

                              Sabrina P. Shroff

cc: AUSA Feldman
    Robert Law (MDC)

---

[Handwritten endorsement:] Conference is adjourned to 3-31-08 at 9:30am. Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.

SO ORDERED:
Date: 3-4-08

Richard M. Berman, U.S.D.J.

[Stamp:] RECEIVED MAR 3 2008 CHAMBERS OF RICHARD M. BERMAN U.S.D.J.

[Stamp:] USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 3/4/08