

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

March 10, 2008

**By Fax**

Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-11-08

RE:  **United States v. Robert Laws**,
       07 Cr. 576 (RMB)

Dear Judge Berman:

Pursuant to the telephone conversations between the parties and Your Honor's Courtroom Deputy, the next conference in the above-referenced matter has been rescheduled for Tuesday, April 1, 2008, at 10:00 a.m.

                              Very truly yours,

                              MICHAEL J. GARCIA
                              United States Attorney
                              Southern District of New York

By: _____
     Steven D. Feldman
     Assistant United States Attorney
     (212) 637-2484

cc: Sabrina Shroff, Esq.

SO ORDERED:
*Richard M. Berman*
-------------------------
RICHARD M. BERMAN U.S.D.J.