# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

*Southern District of New York*
*John J. Byrnes*
*Attorney-in-Charge*

March 31, 2008

BY HAND
Richard M. Berman
United States District Judge
  For the Southern District Of New York
500 Pearl Street
New York, New York

**MEMO ENDORSED**

Re:  United States v. Robert Laws
     Crim. Dkt. 07 Cr. 5~~29~~ (RMB)
                        **576**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-1-08

The Hon. Berman

    I am writing to request for an adjournment of the April 1,
2008, status conference on the above matter.  I make this
request as the parties are trying to work out a disposition on
this case, and the case involves complex plea negotiations given
Mr. Laws' state cases and the facts of the instant case.  I ask
the court to adjourn the status conference to April 21, 2008.
AUSA Feldman has no objection to this request.

    To that end, we request that the time between April 1, 2008
and the next date set by the Court, be excluded under the Speedy
Trial Act, pursuant to Title 18, United States Code, section
3161(h)(8)(A).  Excluding time will best serve the ends of
justice and outweigh the best interests of the public and the
defendant in a speedy trial, because it will allow the
government and defense counsel to continue discussions regarding
a possible disposition in the matter.  Thank you.



RECEIVED
APR - 1 2008
RICHARD M. BERMAN

Respectfully submitted

Sabrina P. Shroff

Adjournment is granted. Conference is scheduled for 4-21-08 at 3:30 pm. Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.

SO ORDERED:
Date: 4-1-08

*Richard M. Berman*
Richard M. Berman, U.S.D.J.

cc: AUSA Feldman
    Robert Laws, MDC