

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

April 11, 2008

**By Fax**

Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

**MEMO ENDORSED**

RE: **United States v. Robert Laws**,
    07 Cr. 576 (RMB)

Dear Judge Berman:

    The next conference in the above-referenced matter was rescheduled to April 21, 2008. However, because of a holiday, I will be out-of-town through April 23, 2008. The Government respectfully requests that the conference be adjourned for just a few days, to any date after April 23, 2008.

    While I placed a call to defense counsel, defense counsel was unavailable to confer with me, so I have not been able to obtain the defendant's position on the requested adjournment.

Very truly yours,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Steven D. Feldman
Assistant United States Attorney
(212) 637-2484

cc: Sabrina Shroff, Esq.

> Conference is adjourned
> to 4-29-08 at 2:30 p.m.
>
> SO ORDERED:
> Date: 4-15-08   Richard M. Berman
> Richard M. Berman, U.S.D.J.