```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X
                                     :
UNITED STATES OF AMERICA             :   NOTICE OF APPEARANCE
                                     :
           - v.-                     :   07 Cr. 576 (PAC)
                                     :
ROBERT J. LAWS, and                  :
STACEY DEFILIPPIS,                   :
                                     :
           Defendants.               :
                                     :
- - - - - - - - - - - - - - - - - - X
```

   NOTICE OF APPEARANCE OF ASSISTANT UNITED STATES ATTORNEY
   ALEXANDER J. WILLSCHER ON BEHALF OF THE UNITED STATES

   The Government respectfully submits this Notice that the undersigned Assistant United States Attorney now will be representing the Government in the above-referenced matter, in the place of Assistant United States Attorney Steven Feldman.

Dated:   New York, New York
         May 30, 2008

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney

                         By:  /s/ Alexander J. Willscher
                              Alexander J. Willscher
                              Assistant United States Attorney
                              Tel. No.: (212) 637-2736
                              Fax No.: (212) 637-2452

CERTIFICATE OF SERVICE

Alexander J. Willscher deposes and says:

That he is employed in the Office of the United States Attorney for the Southern District of New York; and

That on May 30, 2008, he caused to be served a copy of the foregoing NOTICE OF APPEARANCE OF ASSISTANT UNITED STATES ATTORNEY ALEXANDER J. WILLSCHER ON BEHALF OF THE UNITED STATES by fax on:

Alexander E. Eiseman, Esq.
305 Broadway, Suite 602
New York, NY  10007

I declare under penalty of perjury that the foregoing is true and correct.  28 U.S.C. Section 1746.

/s/ Alexander J. Willscher
Alexander J. Willscher

Executed on:   May 30, 2008
               New York, New York